

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00275-CV

———————————————

FREDY SAUL ZUNIGA CASCO AND EDIS O. LAINEZ AGUILERA,
Appellants

V.

ALLSTATE INDEMNITY COMPANY A/S/O GUILLERMO QUINTANILLA,
Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 22-10128-431

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' agreed motion to dismiss. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f).

Pursuant to the parties' agreement, each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 26, 2023